UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HON. JANIS L. SAMMARTINO

| UNITED STATES OF AMERICA, | CASE NO.:   22-cr-01997-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino<br>Courtroom 4D |
| v. | |
| ADRIAN GONZALEZ-LORTA | ORDER TO CONTINUE MOTION<br>HEARING/TRIAL SETTING |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently scheduled for September 30, 2022, be continued to **November 2, 2022 at 1:30 PM.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  September 27, 2022

Hon. Janis L. Sammartino
United States District Judge